01-15-00834-CR



# CHRIS DANIEL

### HARRIS COUNTY DISTRICT CLERK

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
10/1/2015 10:04:12 AM
CHRISTOPHER A. PRINE
Clerk

September 18, 2015

HONORABLE SUSAN BROWN
185TH DISTRICT COURT
HARRIS COUNTY

Defendant's Name· JOHN CRUZ BUENTELLO

Cause No.  1450047

Court.  185TH DISTRICT COURT

Please note the following appeal updates on the above mentioned cause.

**Notice of Appeal Filed Date:** 09/15/15
**Sentence Imposed Date:** 09/15/15
**Court of Appeals Assignment:  First  Court of Appeals**
**Appeal Attorney of Record:   TO BE DETERMINED**

Sincerely,

D Bullock
Criminal Post Trial Deputy

CC· Devon Anderson
    District Attorney
    Appellate Division
    Harris County, Texas

   CARRIE LOGAN (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause

1201 Franklin  P O Box 4651  Houston, Texas  77210-4651

Cause No. 1450047

22/999
9 ct

# THE STATE OF TEXAS

V.

John Buentello _____, A/K/A/ _____

185th _____ **District Court / County Criminal Court at Law No.** _____

**Harris County, Texas**

## NOTICE OF APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

On September 15, 2015 _____ (date), the defendant in the above numbered and styled cause gives NOTICE OF APPEAL of his conviction

The undersigned attorney (check appropriate box):

☒ MOVES to withdraw  991

☐ ADVISES the court that he will CONTINUE to represent the defendant on appeal

9/15/15
**Date**

~~KurtHopko~~ (signature)
**Attorney (Signature)**

John Buentello
**Defendant (Printed name)**

Kurt Hopko
**Attorney (Printed name)**

24039931
**State Bar Number**

**FILED**
**Chris Daniel**
**District Clerk**

**SEP 15 2015**

Time: _____
Harris County, Texas

By _____

8303 Southwest Fwy Ste 545 Houston TX 77074
**Address**

832 4578702
**Telephone Number**

The defendant (check all that apply):

☒ REPRESENTS to the court that he is presently INDIGENT and ASKS the court to immediately APPOINT appellate counsel to represent him

☒ ASKS the Court to ORDER that a free record be provided to him

☐ ASKS the court to set BAIL

Accordingly. Appellant ASKS the Court to conduct a hearing, make findings, and enter an Order Granting the requested relief

_____
**Defendant (Signature)**

John Buentello
**Defendant's Printed name**

SWORN TO AND SUBSCRIBED BEFORE ME ON _____ SEP 15 2015

By Deputy District Clerk of Harris County, Texas _____

## ORDER

On ___SEP 1 5 2015___ the Court conducted a hearing and **FINDS** that defendant / appellant

- ☐ **IS NOT** indigent at this time
- ☑ **IS** indigent for the purpose of
  - ☐ employing counsel
  - ☐ paying for a clerk's and court reporter's record
  - ☑ employing counsel or paying for a clerk's and court reporter's record

The Court **ORDERS** that

- ☑ Counsel's motion to withdraw is (GRANTED) / **DENIED.**
- ☐ Defendant / appellant's motion (to be found indigent) is **DENIED**
- ☐ Defendant's / appellant's motion is **GRANTED** and
  - ☐ _____(attorney's name & bar card number)
    is **APPOINTED** to represent defendant / appellant on appeal
  - ☑ The **COURT REPORTER** is **ORDERED** to prepare and file the reporter's record without charge to defendant / appellant   990

**BAIL IS**

- ☐ SET at $ _____
- ☐ TO CONTINUE as presently set
- ☐ DENIED and is SET at NO BOND (Felony Only)

DATE SIGNED ___SEP 1 5 2015___

JUDGE PRESIDING,
185 DISTRICT COURT /
COUNTY CRIMINAL COURT AT LAW NO
HARRIS COUNTY, TEXAS




Cause No. ___LL50047___

THE STATE OF TEXAS

v

___John Buentello___, Defendant

IN THE 185 DISTRICT COURT

COUNTY CRIMINAL COURT AT LAW NO. _____

HARRIS COUNTY, TEXAS

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case.

- [x] is not a plea-bargain case, and the defendant has the right of appeal. [*or*]
- [ ] is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal. [*or*]
- [ ] is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [*or*]
- [ ] is a plea-bargain case, and the defendant has NO right of appeal. [*or*]
- [ ] the defendant has waived the right of appeal.

_____
Judge

**SEP 1 5 2015**

_____
Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the Court of Criminal Appeals. TEX. R. APP. P. 68.2 I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

_____
Defendant

_____
Defendant's Counsel

Mailing Address: _____

Telephone number: _____

Fax number (if any): _____

**FILED**
Chris Daniel
District Clerk

SEP 15 2015

Time: _____
By _____
Deputy

Harris County, Texas

State Bar of Texas ID number: 24039937

Mailing Address: 8303 SW Fwy Ste 545 Houston TX 77074

Telephone number: 8324578702

Fax number (if any): 8324135785

* "A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case-that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only (A) those matters that were raised by a written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULES OF APPELLATE PROCEDURE 25 2(a)(2)

CLERK

9/1/2011

# PAUPER'S OATH ON APPEAL

CAUSE NO.: 1450047

THE STATE OF TEXAS

VS.

John Buentello

OFFENSE: Agg Sex Assault Child

18S DISTRICT COURT . LIFE.

OF

HARRIS COUNTY, TEXAS

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES _John Buentello_, defendant in the above styled and numbered cause, and states under oath that he is without funds, property or income. The defendant respectfully petitions the court to: (check all that apply)

☑ Appoint appellate counsel to represent him.

☑ Asks the court to order that a free record be provided to him.

_____
DEFENDANT

SUBSCRIBED AND SWORN to before me, this 15 day of Sept A.D., 20 15.

**FILED**
Chris Daniel
District Clerk

SEP 15 2015

Time:_____
Harris County, Texas

By_____
Deputy

_____
DEPUTY DISTRICT CLERK
18S DISTRICT COURT
HARRIS COUNTY, TEXAS

## ORDER

On _9/15/15_ the court conducted a hearing and found that the defendant is indigent.

☑ The court orders that _____ is appointed to represent defendant/appellant on appeal.

☑ The court reporter is ordered to prepare and file the reporter's record without charge to the defendant/appellant.

It is further ordered that the clerk of this court mail a copy of the order to the court reporter: _CARRIE LOGAN_, by certified mail return receipt requested.

_____
JUDGE PRESIDING
_____ DISTRICT COURT
HARRIS COUNTY, TEXAS

## AFFIRMATION

I, _Crespin M. Linton_, Attorney at Law, swear or affirm that I will be solely responsible for writing a brief and representing the appellant on appeal. If I am not able to preform my duties as appellate counsel, I will notify the court immediately so that the court may take the appropriate action as deemed necessary.

_____
ATTORNEY (SIGNATURE)

_440 Louisiana, Ste 900_
ADDRESS

_(713) 236-1319_
PHONE

_Crespin@linptpc.org_
EMAIL ADDRESS

_2342850_
BAR/SPN NUMBER

_Houston, TX 77002_
CITY        STATE        ZIP

_(713) 236-1242_
FAX NUMBER

SWORN TO AND SUBSCRIBED BEFORE ME ON _SEP 17 2015_

_____
DEPUTY DISTRICT CLERK (SIGNATURE)
DISTRICT CLERK

# APPEAL CARD   1st

Court **185**    **11-14-15**    Cause No. **1450047**

## The State of Texas
Vs

JOHN CRUZ Buentello
9-15-15

**Date Notice
Of Appeal:** 9|15|15

**Presentation:** Vol.____ Pg.____

**Judgment:** Vol.____ Pg.____

**Judge Presiding** SUSAN BROWN
**Court Reporter** CARRIE LOGAN
**Court Reporter** _____
**Court Reporter** _____

**Attorney
on Trial** KURT HOPKE

**Attorney
on Appeal** NOT YET DETERMINED

Appointed **X** Hired _____

**Offense** AGG SEX ASSLT - CHILD

**Jury Trial:** Yes **X** No ____

**Punishment
Assessed** Life

**Companion Cases
(If Known)** 1401229

**Amount of
Appeal Bond** N/A

**Appellant
Confined:** Yes **X** No ____

**Date Submitted
To Appeal Section** 9|16|15

**Deputy Clerk** K Czepinski

997/22